UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:20 cr 51- FDW |
| v. | ORDER |
| (2) THOMAS HAYNES | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the names of other Defendant(s) be redacted from the Bill of Indictment, the redacted Indictment be unsealed, and the original unredacted Indictment remained sealed pending further order of the Court; and

IT APPEARING TO THE COURT that good cause exists for the Government's Motion;

NOW THEREFORE, IT IS ORDERED that the names of other Defendant(s) be redacted from the Bill of Indictment, the redacted Indictment be unsealed, and the original unredacted Indictment remained sealed pending further order of the Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

Respectfully submitted, on this 20th day of March, 2020.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE